AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

United States of America
v.

RACHAEL PARTAIN
*Defendant*

) Case No. 4:16CR116
)
) 1742-1109-0321-Z

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **RACHAEL PARTAIN**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

DRUGS

Date: 11-08-2016

*S. Adams* Deputy Clerk
*Issuing officer's signature*

City and state: Oxford, Mississippi

David Crews, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 11-8-16, and the person was arrested on *(date)* 12-27-16
at *(city and state)* Oxford, MS.

Date: 12-27-16

*Arresting officer's signature*

Joe Force DUSM
*Printed name and title*